# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, | Case No.: CV 20-3307-GW-JEMx |
| Plaintiff, | *Hon. George H. Wu* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| KYS ENTERPRISE, INC. A CALIFORNIA CORPORATION; AND DOES 1-10, | |
| | Action Filed: April 9, 2020 |
| | Trial Date: Not on Calendar |
| Defendants. | |

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendant KYS Enterprise Inc. ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 20, 2020

HON. GEORGE H. WU,
United States District Judge